1 The People of the State of Colorado, Plaintiff-Appellee, v. James Robert Gilbertson, Defendant-Appellant. No. 17CA2215
Court of Appeals of Colorado, Second Division
January 6, 2022
 
 NOT
 PUBLISHED PURSUANT TO C.A.R. 35(e)
 
 
 
 Arapahoe County District Court No. 06CR1591 Honorable
 Michelle A. Amico, Judge
 
 
 
 OPINION
 
 
 VOGT,
 JUDGE [*]
 
 
 JUDGMENT
 AFFIRMED
 
 
 Berger
 and Yun, JJ., concur.
 
 2
 
 ---------
 
 
 Notes:
 
 
 [*]
 Sitting by assignment of the Chief Justice under provisions
 of Colo. Const. art. VI, § 5(3), and § 24-51-1105,
 C.R.S. 2021.
 
 
 ---------